**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Federico FRANCO–VASQUEZ,**
**Defendant–Appellant.**

No. 07–50568.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 4, 2010.

Michael J. Raphael, Esq., Jeff P. Mitchell, Esq., Office of the U.S. Attorney Crim-

---

* The panel unanimously concludes this case is     suitable for decision without oral argument.

inal Division, Los Angeles, CA, for Plaintiff–Appellee.

Pedro V. Castillo, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: FERNANDEZ, GOULD and M. SMITH, Circuit Judges.

### MEMORANDUM **

Federico Franco–Vasquez appeals the sentence imposed following his guilty plea to being an illegal alien found in the United States after deportation in violation of 8 U.S.C. § 1326. Franco–Vasquez contends that the district court should not have counted his 2007 conviction for driving under the influence as part of his criminal history because the offense occurred during the commission of the instant offense of illegal reentry after deportation. This argument is foreclosed by *United States v. Cruz–Gramajo*, 570 F.3d 1162 (9th Cir. 2009).

**AFFIRMED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.